United States Court of Appeals
Fifth Circuit

**F I L E D**

June 21, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41784
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LORENZO ZUNIGA-ENRIQUEZ, also known as Florencio Zuniga-
Enriquez,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:05-CR-429-ALL
--------------------

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

Lorenzo Zuniga-Enriquez (Zuniga) appeals his illegal reentry
conviction and sentence, challenging the constitutionality of
8 U.S.C. § 1326(b)(1) and (2). Zuniga's constitutional challenge
is foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S.
224, 235 (1998). Although Zuniga contends that <u>Almendarez-Torres</u>
was incorrectly decided and that a majority of the Supreme Court
would overrule <u>Almendarez-Torres</u> in light of <u>Apprendi v. New
Jersey</u>, 530 U.S. 466 (2000), we have repeatedly rejected such

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

arguments on the basis that <u>Almendarez-Torres</u> remains binding. <u>See</u> <u>United States v. Garza-Lopez</u>, 410 F.3d 268, 276 (5th Cir.), <u>cert. denied</u>, 126 S. Ct. 298 (2005).  Zuniga properly concedes that his argument is foreclosed in light of <u>Almendarez-Torres</u> and circuit precedent, but he raises it here to preserve it for further review.

    AFFIRMED.